CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2012

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:11CR00003 |
| | ) | |
| v. | ) | <u>2255 FINAL ORDER</u> |
| | ) | |
| JEROME ANTHONY MORRIS | ) | |
| | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Morris's motion to vacate, set aside ,or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Morris has failed to make a substantial showing of the denial of a Constitutional right as required by 28 U.S.C. § 2253(c)(1),a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: this 21st day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE